# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM P. SALAMONE & DEBRA Y. SALAMONE  
4733 TOPAZ TERRACE  
ROCKFORD, IL  61102  
SSN-xxx-xx-1218 & xxx-xx-8196  

Case Number: 05-74169

Case filed on: 8/16/2005  
Plan Confirmed on: 11/18/2005  

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,932.80        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 233 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WILLIAM P. SALAMONE | 0.00 | 0.00 | 218.05 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 218.05 | 0.00 |
| 001 | ILLINOIS TITLE LOANS, INC | 2,215.00 | 2,215.00 | 1,021.29 | 168.24 |
|  | Total Secured | 2,215.00 | 2,215.00 | 1,021.29 | 168.24 |
| 001 | ILLINOIS TITLE LOANS, INC | 764.63 | 764.63 | 0.00 | 0.00 |
| 002 | ACCESS DIABETIC SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASSET ACCEPTANCE LLC | 350.94 | 350.94 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | C.B. ACCOUNTS INC | 337.73 | 337.73 | 0.00 | 0.00 |
| 007 | CAMELOT RADIOLOGY ASSOC, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHECKS FOR CASH | 360.70 | 360.70 | 0.00 | 0.00 |
| 010 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DISH NETWORK CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FIRST NATIONAL COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GILLEY'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | J.C. CHRISTENSEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | KITCHEN COUNTER CURES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NORTHLAND GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PROFESSIONAL DEVELOPMENT INSTITUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | READER'S DIGEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ATTORNEY TERRY HOSS & | 252.75 | 252.75 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 165.79 | 165.79 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 1,814.82 | 1,814.82 | 0.00 | 0.00 |
| 031 | C.B. ACCOUNTS INC | 406.38 | 406.38 | 0.00 | 0.00 |
| 032 | C.B. ACCOUNTS INC | 377.40 | 377.40 | 0.00 | 0.00 |
| 033 | PREMIER BANKCARD/CHARTER | 391.67 | 391.67 | 0.00 | 0.00 |
| 034 | C.B. ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 5,222.81 | 5,222.81 | 0.00 | 0.00 |
|  | Grand Total: | 8,801.81 | 8,801.81 | 2,603.34 | 168.24 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $2,771.58 |
| Trustee Allowance: | $161.22 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

     /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>09/27/2007</u>       By <u>/s/Heather M. Fagan</u>